IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01701-WYD-CBS

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

JRJ BUILDERS, INC.; and
LEROY JENSEN,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Amend Complaint and Memorandum of Law in Support Thereof (*doc. # 21*) is GRANTED. As of the date of this order, the Clerk of Court is instructed to accept for filing, the amended complaint (*doc no. 21-2*) tendered to the court on November 17, 2008.

**DATED:**    November 20, 2008